**Order entered October 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00713-CR

**DUKE FATHOL MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR18-1720**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine why appellant's brief has not been filed. On October 7, 2019, a supplemental clerk's record was filed containing the trial court's findings. We **ADOPT** the trial court's October 4, 2019 findings that (1) appellant wishes to prosecute this appeal; and (2) appellant is indigent and is entitled to appointed counsel. The trial court appointed Heath Grob as counsel. We **DIRECT** the Clerk to list Heath Grob as appointed counsel for appellant. All future correspondence should be sent to Heath Grob, Principal Law Firm, 106 North 2nd Street, Rockwall, TX 75087.

We **ORDER** appellant's brief filed by November 15, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Williams, Presiding Judge, County Court at Law; to Heath Grob; and to the Rockwall County District Attorney's Office.

/s/     BILL PEDERSEN, III
        JUSTICE